# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENTICE GRANT,<br><br>    Plaintiff,<br><br>    v.<br><br>HEATHER SHIRLEY, J. CRONJAGER, and SCOTT DEGOUGH.,<br><br>    Defendants. | Case No.  1:23-cv-00512-JLT-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Doc. 4) |

Plaintiff, Prentice Grant, is proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff initiated this action on March 18, 2023 with 18 other inmates by filing an unsigned civil complaint. (*See Ricky L. Thomas et al. v. Shirley, et al*., Case No. 1:23-cv-00470-BAM, Doc. 1). On April 5, 2023, the assigned magistrate judge severed the claims and ordered each plaintiff, including Grant, to submit his or her own signed complaint and either pay the $402.00 filing fee or apply to proceed *in forma pauperis* under 28 U.S.C. § 1915 within 45 days. (Doc. 1 at 2-3). To date, Plaintiff has not done so. On June 5, 2023, the magistrate judge filed findings and recommendations, recommending the district court dismiss this action for Plaintiff's failure to comply with a court order and prosecute this action. (Doc. 4.)

The findings and recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. (*Id*. at 4.) To date, Plaintiff has not filed any objections and the time to do so has expired. (*See generally* docket.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

ACCORDINGLY, it is ORDERED:

1. The findings and recommendations, filed on June 5, 2023, (Doc. 4). are **ADOPTED IN FULL**.

2. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against plaintiff.

IT IS SO ORDERED.

Dated:   **July 6, 2023**

UNITED STATES DISTRICT JUDGE